■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. KENNETH MOORE, Appellant, v JOHN LEMPKE, Superintendent, Five Points Correctional Facility, et al., Respondents. [955 NYS2d 787]

Memorandum: This appeal by petitioner from a judgment dismissing his petition seeking a writ of habeas corpus has been

rendered moot by his release to parole supervision (*see People ex rel. Hampton v Dennison*, 59 AD3d 951, 951 [2009], *lv denied* 12 NY3d 711 [2009]). Contrary to petitioner's contention, no exception to the mootness doctrine is present under the circumstances of this case (*see id.; People ex rel. Limmer v McKinney*, 23 AD3d 806, 807 [2005]). Present—Smith, J.P., Peradotto, Carni, Sconiers and Whalen, JJ.